AFFIDAVIT OF SHARON ESTEP

STATE OF MAINE:

COUNTY OF HANCOCK:

BEFORE ME, the undersigned authority, Sharon Estep, appeared, who after being duly sworn by me, deposes and says: My name is Sharon Estep, I am a resident of Franklin, Maine. The following items are attested to of my own personal knowledge:

1. I ingested the diet drug Redux in the years 1996 and 1997. It was not until November of 2002 that I learned or had any reason to know that I had injuries to my heart associated with my use of Redux. It was not until late 2003 that I learned Interneuron was responsible for causing my injuries.

2. In fact, between the years 1996 and 2002, I saw physicians for regular checkups, yearly physicals, treatment for minor medical ailments such as a cold, and other care. One or more of my physicians were aware that I had ingested the diet drugs.

3. Regularly during this period between 1996 and 2002 such physicians or health care practitioners, would listen to my heart with a stethoscope to determine whether or not I had any murmurs or other indications of FDA positive heart disease. None of these doctors ever informed me that I had a murmur or echocardiogram findings which would indicate that I had valvular heart disease. In November 2002, I had an echocardiogram performed that showed aortic valve damage.

4. Until my echocardiogram was performed in November of 2002, I had not been advised by any of my physicians or other health care practitioners that I had a heart murmur, any other indication of

valvular heart disease, or any other problem associated with my use of Redux. To the contrary, prior to my echocardiogram in November 2002, I was told that my heart sounded fine. In addition, prior to the year 2002, I did not have any symptoms that I thought could be associated with my use of Redux.

5. At no time before my 2002 echocardiogram did any of my physicians or health care practitioners recommend that I have an echocardiogram or other diagnostic test to determine whether or not I had a problem with my heart valves. Had they made such a recommendation, I would have followed their advice and had such a test.

Witness the signature of the affiant on the day hereinafter mentioned.

*Sharon Estep*

SHARON ESTEP

Sworn to and subscribed before me this 18th day of June, 2004.

Notary Public

My Commission Expires: _____

CHRISTINE T. INSTASI-SPRINGER
NOTARY PUBLIC
MY COMMISSION EXPIRES
JULY 25, 2010

TOTAL P.03