AFFIDAVIT OF REBECCA PRICE

STATE OF NORTH CAROLINA:

COUNTY OF FORSYTH:

BEFORE ME, the undersigned authority, Rebecca Price, appeared, who after being duly sworn by me, deposes and says: My name is Rebecca Price, I am a resident of Winston-Salem, North Carolina. The following items are attested to of my own personal knowledge:

1. I ingested the diet drugs Redux and Pondimin in the year 1997. It was not until July of 2002 that I learned or had any reason to know that I had injuries to my heart associated with my use of Redux and Pondimin. It was not until late 2003 that I learned Interneuron was responsible for causing my injuries.

2. In fact, between the years 1997 and 2002, I saw physicians for regular checkups, yearly physicals, treatment for minor medical ailments such as a cold, and other care. My physicians were aware that I had ingested the diet drugs.

3. Regularly during this period between 1997 and 2002 such physicians or health care practitioners, would listen to my heart with a stethoscope to determine whether or not I had any murmurs or other indications of FDA positive heart disease. None of these doctors ever informed me that I had a murmur or echocardiogram findings which would indicate that I had valvular heart disease. In July 2002, I had an echocardiogram performed that showed aortic valve damage.

4. Until my echocardiogram was performed in July of 2002, I had not been advised by any of my physicians or other health care practitioners that I had a heart murmur, any other indication of

valvular heart disease, or any other problem associated with my use of Redux and Pondimin. To the contrary, prior to my echocardiogram in July 2002, I was told that my heart sounded fine. In addition, prior to the year 2002, I did not have any symptoms that I thought could be associated with my use of Redux and Pondimin.

5. At no time before my 2002 echocardiogram did any of my physicians or health care practitioners recommend that I have an echocardiogram or other diagnostic test to determine whether or not I had a problem with my heart valves. Had they made such a recommendation, I would have followed their advice and had such a test.

Witness the signature of the affiant on the day hereinafter mentioned.

_Rebecca L. Price_
REBECCA PRICE

Sworn to and subscribed before me this 18th day of June, 2004.

_Luann K Zappia_
Notary Public

My Commission Expires: 04/26/2007



OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF FORSYTH
LUANN K. ZAPPIA
My Commission Expires April 26, 2007