UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters**, <br><br>Plaintiffs <br><br>v. <br><br>**Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,** <br><br>Defendants | **C.A. No. 04cv11039-GAO** |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

Ex. 1 – *Amadeo* Complaint
Ex. 2- PTO #2
Ex. 3 – Middlesex Superior Court *In Re Diet* Drug Litigation Docket
Ex. 4 –Indevus' memo of law in *Sawyer* case
Ex. 5 – *Dykes* slip opinion
Ex. 6 – Plaintiffs' Opposition
Ex. 7 – Lawrence Cohen Deposition
Ex. 8 – Lawrence Cohen Report
Ex. 9 – ACC/AHA Practice Guidelines for the Clinical Application of Echocardiography
Ex. 10 – DHHS Interim Recommendation for Pateints Exposed to Fenfluramine and Dexfenfluramine
Ex. 11- ACC/AHA Practice Guidelines for the Management of Patients with Valvular Abnormalities
Ex. 12 – Bridgette Hampton, M.D. Affidavit

Ex. 13 – AHP Memo
Ex. 14 – Indevus' Statement of Facts in *Sawyer* case
Ex. 15 – George K. Massing Affidavit
Ex. 16 – PTO 1415
Ex. 17 – Kennedy Affidavit
Ex. 18 – Fankhauser Affidavit
Ex. 19 – Bonneau Affidavit
Ex. 20 – Official Court Notice of Nationwide Diet Drug Settlement

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| _June 21, 2004_____ | /s/__Michael S. Appel_____ |
| Date | Attorney for Plaintiffs |
| | Sugarman, Rogers, Barshak & Cohen, P.C. |
| | 101 Merrimac Street, 9th Floor |
| | Boston, MA 02114 |
| | (617) 227-3030 |