UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **Theresa Amadeo; Lucretia Dodson; Vivian Dunn; Sharon Estep; John Justice; Janice McKenzie; Rebecca Price; Patty Varnado; Brenda Wheeler; Tamara Wolters,**<br><br>        Plaintiffs<br><br>v.<br><br>**Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,**<br><br>        Defendants | **C.A. No. 04cv11039-GAO** |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the

Court and are available in paper form only:


Ex. 1 – *Amadeo* Complaint
Ex. 2- PTO #2
Ex. 3 – Middlesex Superior Court *In Re Diet* Drug Litigation Docket
Ex. 4 –Indevus' memo of law in *Sawyer* case
Ex. 5 – *Dykes* slip opinion
Ex. 6 – Plaintiffs' Opposition
Ex. 7 – Lawrence Cohen Deposition
Ex. 8 – Lawrence Cohen Report
Ex. 9 – ACC/AHA Practice Guidelines for the Clinical Application of Echocardiography
Ex. 10 – DHHS Interim Recommendation for Pateints Exposed to Fenfluramine and Dexfenfluramine

Ex. 11- ACC/AHA Practice Guidelines for the Management of Patients with Valvular Abnormalities
Ex. 12 – Bridgette Hampton, M.D. Affidavit
Ex. 13 – AHP Memo
Ex. 14 – Indevus' Statement of Facts in *Sawyer* case
Ex. 15 – George K. Massing Affidavit
Ex. 16 – PTO 1415
Ex. 17 – Kennedy Affidavit
Ex. 18 – Fankhauser Affidavit
Ex. 19 – Bonneau Affidavit
Ex. 20 – Official Court Notice of Nationwide Diet Drug Settlement

       The original documents are maintained in the case file in the Clerk's Office.

 June 21, 2004_____                  /s/__Michael S. Appel_____
    Date                                      Michael S. Appel (BBO # 543898)
                                               Attorney for Plaintiffs
                                               Sugarman, Rogers, Barshak & Cohen, P.C.
                                               101 Merrimac Street, 9th Floor
                                               Boston, MA 02114
                                               (617) 227-3030