UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THERESA AMADEO; LUCRETIA DODSON;       :
VIVAN DUNN; SHARON ESTEP; JOHN         :
JUSTICE; JANICE MCKENZIE; REBECCA      :
PRICE; PATTY VARNADO; BRENDA           :
WHEELER; TAMARA WOLTERS,               :
                                       :
        Plaintiffs                     :   Civil Action
v.                                     :   No. 04-11039-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
        Defendants                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: June 23, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |